IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IT GROUP, INC., et al., | : |
|     Debtor. | : |
| _____ | : |
| JOHN ACCARDI, et al., | : |
|     Appellant, | : |
|     v. | : Civil Action No. 04-147 JF |
| IT CORPORATION, et al., | : |
|     Appellee. | : |

**O R D E R**

WHEREAS, Appellee IT Corporation, et al. filed a Motion For Substitution Of Appellee (D.I. 24) pursuant to Federal Rule of Civil Procedure 25(c);

WHEREAS, Appellant John Accardi, et al. have not filed an opposition to the Appellees' Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that

1) The Motion For Substitution Of Appellee (D.I. 24) is **GRANTED**; and

2) IT Litigation Trust shall be substituted for IT Corporation, et al. in the above-captioned case.

March 14, 2005
    DATE

*[signature: Joseph J. Farnan]*
UNITED STATES DISTRICT JUDGE