IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IT GROUP, INC., et al., | : |
| Debtor. | : |
| _____ | : |
| ROCHELLE BOOKSPAN, | : |
| Appellant, | : |
| v. | : Civil Action No. 04-147 JJF |
| IT LITIGATION TRUST, et al., | : |
| Appellees. | : |

### ORDER

WHEREAS, Appellant Rochelle Bookspan filed a Motion To Consolidate Appeals (D.I. 16) seeking consolidation of the above-captioned appeal with <u>Accardi et al. v. IT Corp., et al.</u>, Civil Action No. 04-146-JJF, also pending before the Court;

WHEREAS, the Debtors do not oppose the entry of an order granting Appellant's Motion To Consolidate (D.I. 19 at 2);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) the Motion To Consolidate Appeals (D.I. 16) filed by Appellant Rochelle Bookspan is **GRANTED**;

2) <u>Bookspan v. IT Litigation Trust, et al.</u>, Civil Action No. 04-147, shall be consolidated into <u>Accardi, et al. v. IT Litigation Trust, et al.</u>, Civil Action No. 04-146. All further pleadings in the consolidate case shall be filed under Civil Action No. 04-146.

March 30, 2005                    _____
DATE                               UNITED STATES DISTRICT JUDGE